## AFFIDAVIT OF TASK FORCE OFFICER KEVIN BARBOSA

I, Kevin Barbosa, a Task Force Officer with the Drug Enforcement Administration, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I am a New Bedford, Massachusetts Police Officer and have been assigned as a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA") since February 2021.  I have been employed as a New Bedford Police Officer for nine years.  Prior to joining the DEA, I was a member of the New Bedford Police Organized Crime Intelligence Bureau for more than six years.  I have conducted numerous investigations involving controlled substances that have resulted in convictions for violations of controlled substances laws.

2.      I have participated in two federal wiretap investigations (including one active wiretap investigation as described below) and two state wiretap investigations in the Commonwealth of Massachusetts, including assisting in surveillance and monitoring intercepted calls.  I have written and/or participated in the execution of numerous search warrants resulting in the seizure of: (a) large quantities of controlled substances and paraphernalia associated with the manufacturing and distribution of controlled substances; (b) United States currency believed to be proceeds of narcotics trafficking; and (c) records of narcotics and monetary transactions, including drug customer lists and drug ledgers.  In addition, I have participated in the debriefing of numerous defendants, informants and witnesses who had personal knowledge regarding large-scale narcotics trafficking organizations.  In addition to search warrants, I have also conducted surveillance and undercover operations and executed arrests on numerous occasions.

3. I have received extensive training regarding the investigation of controlled substances offenses. In August 2021, I completed a week-long course in narcotics investigations at the DEA Academy in Quantico, Virginia. In addition, I participated in a 21-week training by the Massachusetts State Police Municipal Academy. I have also attended training courses on search and seizure, advanced tactics for patrol, a 20-hour course in preparing for trial, an 8-hour South Coast Anti-Crime Task Force Drug Enforcement Seminar, and an 8-hour course on field testing drugs, as well as various other formal and informal trainings. As a result of my training and experience, I am familiar with various types of controlled substances, associated paraphernalia, prices for various controlled substances and the common terminology and code words used to refer to these substances.

4. Based on my training and experience, I am familiar with the methods of operation employed by narcotics traffickers operating at the local, statewide, national and international levels, including those involving the distribution, storage, and transportation of narcotics and the collection and laundering of money that constitutes the proceeds of narcotics trafficking activities. I am aware that drug traffickers commonly use cellular telephones in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular telephones in an effort to thwart law enforcement's use of electronic surveillance.

5. I am also aware that drug traffickers often speak in vague, guarded, or coded language when discussing their illegal business in an effort to further prevent detection, and often use text messages in lieu of phone calls to avoid speaking over the telephone.

## PURPOSE OF THE AFFIDAVIT

6. This affidavit is being submitted in support of a criminal complaint against the following defendant:

(1)   FNU LNU 2 a/k/a Alfredo RODRIGUEZ,

charging that beginning at least in or about March 2022 and continuing until present, the defendant did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown, to possess with intent to distribute and to distribute controlled substances, in violation of 21 U.S.C. § 846.

## **PROBABLE CAUSE**

7.      This criminal complaint relates to an investigation into a drug trafficking operation ("DTO") controlled by Estarlin Ortiz-ALCANTARA in Southeastern Massachusetts and Rhode Island. On July 8, 2022, related to this investigation, the Court authorized: (a) a criminal complaint and arrest warrants against nine individuals, including ALCANTARA and a then-unidentified male, FNU LNU 1; and (b) five search warrants. The affidavit submitted in support of the criminal complaints and search warrants is attached hereto as Exhibit 1 (the "July 8th Affidavit"), and incorporated by reference as if fully set forth herein.

8.      As described in paragraphs 120-129 of the July 8th Affidavit, on June 1, 2022, agents observed FNU LNU 1 and FNU LNU 2 a/k/a Alfredo RODRIGUEZ transporting what I believe, based on my training and experience, drugs from 66 Health Avenue, Apartment # 2, Providence, Rhode Island to 602 Eastern Avenue, Apartment # 1, Fall River, Massachusetts ("Target Location # 1").

9.      On July 19, 2022, agents executed the search warrant for Target Location # 1. During the search of Target Location # 1, agents located and seized what is believed to be multiple kilograms of substances containing fentanyl that were stored throughout the apartment. The suspected fentanyl was both loose and prepackaged into finger quantities for distribution. Agents also seized in various locations throughout the apartment items consistent with drug trafficking, including blenders, drug presses, and baggies. Agents also located FNU LNU 1 and FNU LNU 2 a/k/a Alfredo RODRIGUEZ (born 1979), who barricaded themselves in a back

bedroom of Target Location # 1 when agents entered the apartment to execute the arrest and search warrants. FNU LNU 1 was identified as Rafael Cesar Cabreja JIMENEZ (born 1995). FNU LNU 2 identified himself as Alfredo RODRIGUEZ. A full identification of FNU LNU 2 a/k/a Alfredo RODRIGUEZ is pending.

10. Based on the information set forth above, I believe probable cause exists to conclude that FNU LNU 2 a/k/a Alfredo RODRIGUEZ has conspired to possess with intent to distribute and to distribute controlled substances, in violation of 21 U.S.C. § 846.

11. I, Kevin Barbosa, having signed this Affidavit under oath as to all assertions and allegations contained herein, state that its contents are true and correct to the best of my knowledge, information, and belief.

_____
KEVIN BARBOSA
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION


Sworn before me by telephone in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 this 19th day of July, 2022.

_____
HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS